**Opinion issued October 4, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00683-CV

———————————

**REGINALD PETTEWAY, Appellant**

**V.**

**MEMBERSOURCE CREDIT UNION, Appellee**

---

**On Appeal from the County Court at Law No. 4 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI046593**

---

## MEMORANDUM OPINION

Appellant, Reginald Petteway, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by

statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).  Appellant was notified on July 31, 2012 that he must pay the fee by August 10, 2012, or the appeal would be subject to dismissal.  After being so notified, appellant requested an extension of time to pay the fee to August 31, 2012, which was granted.  After being granted an extension of time to pay the fee, appellant did not pay the fee.  *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for failure to pay the filing fee.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.